UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,          )<br>                              )<br>vs.                           )<br>                              )<br>CHADWICK VILLAMOR,            )<br>                              )<br>            Defendant.        )<br>_____) | 2:04-cr-00445-LRH-PAL<br><br>MINUTES OF THE COURT<br><br>August 9, 2006 |

PRESENT:
THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  ROSEMARIE MILLER        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

MINUTE ORDER IN CHAMBERS:

   This Minute Order vacates sentencing of Defendant Villamor set for Monday, August 21, 2006, at 3:30 p.m. and sets a hearing on [58] Defendant's Motion to Vacate Jury Verdict and Grant New Trial for Tuesday, September 12, 2006, at 9:00 a.m. at the Lloyd D. George Federal Courthouse in a courtroom to be determined.

   The court requests that counsel be prepared to address how Defendant should be treated if the court finds him incompetent for purposes of sentencing and denies [58] Defendant's Motion to Vacate Jury Verdict.

                                        LANCE S. WILSON, CLERK

                                        By:        /s/
                                             Deputy Clerk