UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHADWICK VILLAMOR,<br><br>Defendant. | 2:04-cr-00445-LRH-PAL<br><br>**ORDER FOR PSYCHIATRIC EVALUATION** |

Based upon the pending Stipulation of counsel, and good cause appearing thereof,

**IT IS HEREBY ORDERED** that in accordance with 18 U.S.C. §§ 4244 and 4247 that the defendant shall submit to a psychiatric or psychological examination to determine whether: (1) the defendant is presently suffering from a "mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility," 18 U.S.C. § 4244(a); or (2) the defendant is presently suffering from a "mental disease or defect but that it is not such as to require his custody for care or treatment in a suitable facility," 18 U.S.C. § 4244(b); or (3) the defendant is not presently suffering from a mental disease or defect and is mentally competent to the extent that he is able to understand the nature and consequences of the sentencing proceedings or to assist properly at his sentencing hearing.

**IT IS FURTHER ORDERED** that the psychiatric or psychological examination should be conducted in Las Vegas, Nevada by licensed clinical psychologist Dr. Jon Paglini, 9163 W. Flamingo, Las Vegas, Nevada, 89147.[2]

**IT IS FURTHER ORDERED** that following the defendant's examination, an evaluation report shall be sent to the District Court judge pursuant to 18 U.S.C. § 4244(b) and § 4247(c). Copies of the report shall be provided to counsel for the United States, Crane Pomerantz, and to counsel for the defendant, Spencer Rice.

---

[2] Dr. Paglini's phone number is (702) 869-9188.

**IT IS FURTHER ORDERED** that the said report prepared pursuant to 18 U.S.C. §4244 and § 4247(b) and (c) as per this Order shall include:

(1) Defendant's history and present symptoms;

(2) A description of the psychiatric, psychological or medical tests that were employed and their findings;

(3) The examiner's findings;

(4) The examiner's opinions as to diagnosis, prognosis, and

(5) The examiner's opinions as to diagnosis and whether defendant is: (1) presently suffering from a "mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility," 18 U.S.C. § 4244(a); or (2) presently suffering from a "mental disease or defect but that it is not such as to require his custody for care or treatment in a suitable facility," 18 U.S.C. § 4244(b); or (3) not presently suffering from a mental disease or defect and is mentally competent to the extent that he is able to understand the nature and consequences of the sentencing proceedings or to assist properly at his sentencing hearing.

DATED this 18th day of October, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE