AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:04-cr-445-LRH-PAL |
| CHAD VILLAMOR | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: US DISTRICT COURT 333 LAS VEGAS BLVD. SOUTH LAS VEGAS, NV 80101 | Courtroom No.: 3A |
|---|---|
| | Date and Time: 2/14/11 1:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 01/28/2011

*Judge's signature*

GEORGE FOLEY, JR., US MAGISTRATE JUDGE
*Printed name and title*

Print    Save As...    Reset