**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**-o0o-**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:04-cr-445-LRH-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CHADWICK VILLAMOR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Presently before the court is the matter of *United States of America v. Chadwick Villamor (2:04-cr-445-LRH-PAL).*

On January 28, 2011, this court held a detention hearing as to defendant Villamor.  The parties and the U.S. probation department requested that the defendant be released into the C.A.R.E. program upon his eligibility to enter the program which is approximately 30 days from the date of his arrest.  Accordingly,

IT IS HEREBY ORDERED that defendant Chadwick Villamor shall be released from custody on or about February 11, 2011 into the resident C.A.R.E. program pending the revocation hearing currently set for February 24, 2011 at 8:30 a.m. in Las Vegas, Nevada,  before the Honorable Larry R. Hicks, United States District Judge.

DATED this 2nd day of February, 2011

_____
GEORGE FOLEY, JR.
United States Magistrate Judge